UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:20 CR 86 |
| | ) | |
| ERIC JETER | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 75), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed a violation of his supervised release, as described in the August 11, 2023, Petition. (DE # 46.) The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 72.) The court **REVOKES** defendant's term of supervised release and sentences defendant to a term time served, with credit for time spent in pretrial confinement, with no further term of supervised release to follow.

SO ORDERED.

Date: March 15, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT